492 P.2d 1259

**BUDDY TAYLOR AND ARTHUR TAYLOR,**
a common law partnership, and George
Bradford, Petitioners,

v.

**Marie Neer CAMPBELL, Executrix of the
Last Will and Testament of John W.
Campbell, Deceased, Respondent.**

No. 9396.

Supreme Court of New Mexico.

Jan. 18, 1972.

Further ordered that the record in Court of Appeals Cause No. 700, 83 N.M. 438, 492 P.2d 1301, be and the same is hereby returned to the Clerk of the Court of Appeals.

492 P.2d 1259

**Irene VALDEZ, Deceased, by her surviving
spouse, Daniel Valdez, Petitioner,**

v.

**DEPARTMENT OF HEALTH AND SOCIAL
SERVICES of the State of New
Mexico, Respondent.**

No. 9388.

Supreme Court of New Mexico.

Jan. 18, 1972.

Further ordered that the record in Court of Appeals Cause No. 720, 83 N.M. 434, 492 P.2d 1297, be and the same is hereby returned to the Clerk of the Court of Appeals.

492 P.2d 1259

**Sabino RODRIGUEZ et al., Petitioners,**

v.

**Frank N. DAVILA, Respondent.**

No. 9398.

Supreme Court of New Mexico.

Jan. 21, 1972.

Further ordered that the record in Court of Appeals Cause No. 725, 83 N.M. 437, 492 P.2d 1300 be and the same is hereby returned to the Clerk of the Court of Appeals.